UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
UNITED STATES OF AMERICA

                                            11 cr 709 (JGK)

      -against-

                                            **ORDER**

JAMES BUTLER, et al.,
                Defendants.
-----------------------------------------------------------------X

      The defendant **Glen Cooper** shall make his submissions by **October 19, 2012.** The Government shall make its submission by **October 25, 2012.** Sentencing in this matter is **adjourned to Friday, November 2, 2012 at 11:00am.**

      **SO ORDERED.**

                                                        JOHN G. KOELTL
                                               **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
          September 18, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 9-19-12